IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID J BYRNES,

    Plaintiff,

v.                                      CASE NO. 1:05-cv-00062-MP-MD

BILL BAXTER,
C BROOKS,
DENNIS FLATH,
LYNDA LALONDE,
DR ANTHONY P MCDONALD,
V STEWART,
JOE THORTON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that plaintiff's motion to dismiss his complaint be granted and the case dismissed without prejudice. The plaintiff then filed a notice of appeal to the Eleventh Circuit in lieu of objections to the Report and Recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge